UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN J. BURDEN and JACQUELINE S. BURDEN, Derivatively on Behalf of General Electric Company,<br><br>        Plaintiffs,<br>v.<br><br>SEBASTIEN M. BAZIN, W. GEOFFREY BEATTIE, JEFFREY S. BORNSTEIN, JOHN J. BRENNAN, JAMES I. CASH, JR., H. LAWRENCE CULP, MARIJN E. DEKKERS, FRANCISCO D'SOUZA, JOHN L. FLANNERY, EDWARD P. GARDEN, JAN R. HAUSER, PETER B. HENRY, SUSAN J. HOCKFIELD, THOMAS W. HORTON, JEFFREY R. IMMELT, ANDREA JUNG, ROBERT W. LANE, RISA LAVIZZO-MOUREY, RICHARD A. LAXER, ROCHELLE B. LAZARUS, CATHERINE LESJAK, LOWELL C. MCADAM, JAMIE S. MILLER, STEVEN M. MOLLENKOPF, JAMES J. MULVA, PAULA ROSPUT REYNOLDS, JAMES E. ROHR, MARY L. SCHAPIRO, LESLIE SEIDMAN, KEITH S. SHERIN, ROBERT J. SWIERINGA, JAMES S. TISCH, DOUGLAS A. WARNER III, and ASHTON CARTER,<br><br>        Defendants<br><br>    -and-<br><br>GENERAL ELETRIC COMPANY, a New York corporation,<br><br>        Nominal Defendant | Case No. 1:21-cv-00182-JMF<br><br>[~~PROPOSED~~] ORDER |

      The Court, having reviewed Plaintiffs Stephen J. Burden's and Jacqueline S. Burden's ("Plaintiffs") Letter renewing their request for voluntary dismissal without prejudice of the above-captioned action, hereby ORDERS the following:

1

- The matter of *Burden, et al v. Bazin, et al*, 1:21-cv-00182-JMF, shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a) and 23.1 (c);

- Notice to General Electric Company shareholders or others is not required by Fed. R. Civ. P. 23.1 (c) because there is no risk of prejudice to absent shareholders in excusing notice of the dismissal of these claims; and

- Each party shall bear their own costs and attorneys' fees associated with the prosecution of *Burden, et al v. Bazin, et al*, Case No. 1:21-cv-00182-JMF.

SO ORDERED.

Dated: February 26, 2021

_____
U.S. District Judge Jesse M. Furman

The Clerk of Court is directed to close this case. All motions are moot. All conferences are canceled.